IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAVID LEE EUNICE, SR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-62
)
CYNTHIA DITSLEAR, DDS; WARDEN )
KATHLEEN KENNEDY; D.W. HENRY; )
and MISS MICKENS; )
)
    Defendant )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections[1] have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of December 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] On November 26, 2014, the Court granted Plaintiff's motion allowing him until December 10, 2014 to file his objections to the Magistrate Judge's report and recommendation. (Doc. 9.) However, no objections were ever filed.